IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AXA DISTRIBUTORS, LLC and AXA ADVISORS, LLC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 1:08-cv-00188 |
| GAYLE S. BULLARD, PEGGY J. COLE, BEVERLY L. DAVIS, JESSE D. DEAN, HANS D. ERBSKORN, CHARLENE B. ERBSKORN, RABON W. HARRISON, RUTH K. HARRISON, KENNETH W. JOYNER, SARAH A. MARTIN, SARAH MCCORD, NINA SUE NEW, MARY HARRIETT PATTON, FREDDY QUATTLEBAUM, ANITA CAROL SHIRAH, WILLA C. STOREY, JEANETTE S. SUTHERLAND, MARY E. TODD, BETTY M. VANN, HELEN S. HALL WALWORTH, DEBRA REBECCA WHITE, PHEOBIE D. WILSON, CHARLES H. WOODHAM, JERRY MIMS, FLOYD STARLING, VIRGINIA STARLING, F. TERRY WALDEN, REUBEN S. SHELLEY, JUNE K. SHELLEY, SHIRLEY J. WALKER, DONALD W. HENDLEY, EDWARD L. HINSON, JEANETTE C. HINSON, JACK R. PERRY, HAZEL J. ODOM, CAROLYN H. SAUNDERS, ROY W. SAUNDERS, JAMES H. HAUSMAN, JAMES R. LITTLE, LINDA D. LITTLE, EARL T. SENN, EDNA SENN, DANNY L. SNELL, JACQUELINE P. DRAUGHON, and GAYLE O. HUDSON, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT MOTION FOR STAY

Come now AXA Distributors, LLC ("AXA Distributors") and AXA Advisors, LLC ("AXA Advisors," and collectively, Plaintiffs) and Gayle S. Bullard, Peggy J. Cole, Beverly L. Davis, Jesse D. Dean, Hans D. Erbskorn, Charlene B. Erbskorn, Rabon W. Harrison, Ruth K. Harrison, Kenneth W. Joyner, Sarah A. Martin, Sarah McCord, Nina Sue New, Mary Harriett

Patton, Freddy Quattlebaum, Anita Carol Shirah, Willa C. Storey, Jeanette S. Sutherland, Mary E. Todd, Betty M. Vann, Helen S. Hall Walworth, Debra Rebecca White, Pheobie D. Wilson, Charles H. Woodham, Jerry Mims, Floyd Starling, Virginia Starling, F. Terry Walden, Reuben S. Shelley, June K. Shelley, Shirley J. Walker, Donald W. Hendley, Edward L. Hinson, Jeanette C. Hinson, Jack R. Perry, Hazel J. Odom, Carolyn H. Saunders, Roy W. Saunders, James H. Hausman, James R. Little, Linda D. Little, Earl T. Senn, Edna Senn, Danny L. Snell, Jacqueline P. Draughon and Gayle O. Hudson (collectively, "Defendants") and jointly move this Court to enter an order staying all further proceedings in this action, including but not limited to the deadline for Defendants to respond to Plaintiffs' Complaint and all Rule 26 requirements, through June 30, 2008 in accordance with the mutual agreement between the Plaintiffs and the Defendants. Attached as Exhibit A is a joint proposed Order for Stay. In support of their motion, the parties state as follows:

1. Counsel for Plaintiffs and counsel for Defendants have conferred and agree that it would be beneficial to all the parties involved to stay proceedings in this action through June 30, 2008.

2. Counsel for both parties seek this Court's approval of their agreement to a stay of the proceedings as a stay may save costs, time and judicial resources in that the parties may be able to resolve the issues before this Court.

WHEREFORE, Plaintiffs and Defendants, by and through their counsel, respectfully move this Court to enter an order staying all further proceedings in this action, including but not limited to the deadline for Defendants to respond to Plaintiff's Complaint and all Rule 26 requirements, until June 30, 2008.

Respectfully submitted,

*[signature]*

A. Inge Selden III (SEL003)
John N. Bolus (BOL022)
Andrea Morgan Greene (GRE102)

Attorneys for Plaintiffs
AXA Distributors, LLC and AXA Advisors, LLC

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

*[signature]*

Andrew P. Campbell
Caroline Smith Gidiere

Attorneys for Defendants

OF COUNSEL:

CAMPBELL, GIDIERE, LEE, SINCLAIR & WILLIAMS, PC
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AXA DISTRIBUTORS, LLC and AXA ADVISORS, LLC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GAYLE S. BULLARD, PEGGY J. COLE, )<br>BEVERLY L. DAVIS, JESSE D. DEAN, HANS D. )<br>ERBSKORN, CHARLENE B. ERBSKORN, )<br>RABON W. HARRISON, RUTH K. HARRISON, )<br>KENNETH W. JOYNER, SARAH A. MARTIN, )<br>SARAH MCCORD, NINA SUE NEW, MARY )<br>HARRIETT PATTON, FREDDY QUATTLEBAUM, )<br>ANITA CAROL SHIRAH, WILLA C. STOREY, )<br>JEANETTE S. SUTHERLAND, MARY E. TODD, )<br>BETTY M. VANN, HELEN S. HALL WALWORTH, )<br>DEBRA REBECCA WHITE, PHEOBIE D. WILSON, )<br>CHARLES H. WOODHAM, JERRY MIMS, FLOYD )<br>STARLING, VIRGINIA STARLING, F. TERRY )<br>WALDEN, REUBEN S. SHELLEY, JUNE K. SHELLEY, )<br>SHIRLEY J. WALKER, DONALD W. HENDLEY, )<br>EDWARD L. HINSON, JEANETTE C. HINSON, )<br>JACK R. PERRY, HAZEL J. ODOM, CAROLYN H. )<br>SAUNDERS, ROY W. SAUNDERS, JAMES H. )<br>HAUSMAN, JAMES R. LITTLE, LINDA D. LITTLE, )<br>EARL T. SENN, EDNA SENN, DANNY L. SNELL, )<br>JACQUELINE P. DRAUGHON, and GAYLE O. )<br>HUDSON, )<br>)<br>Defendants. ) | CIVIL ACTION NO.:<br>1:08-cv-00188 |

## ORDER GRANTING JOINT MOTION FOR STAY

The Court having read and considered the parties' Joint Motion for Stay finds that the Joint Motion for Stay filed by Plaintiffs and Defendants is well taken and due to be GRANTED.

ACCORDINGLY, IT IS THEREFORE ORDERED as follows:

All further proceedings in this action are hereby stayed until June 30, 2008, including but

not limited to the deadline for Defendants to respond to Plaintiffs' Complaint and all Rule 26 requirements, in accordance with the mutual agreement between the Plaintiffs and the Defendants.

ISSUED on this the _____ day of March, 2008.

_____
United States District Judge