**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

From:   Clerk's Office

**Case Style: AXA Distributors, LLC et al v. Bullard et al**

**Case Number:**    1:08-cv-00188-WKW

**Referenced Pleading:    Corporate/Conflict Disclosure Statement    - Doc. 3**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AXA DISTRIBUTORS, ) | |
| LLC and AXA ADVISORS, LLC., ) | |
|   ) | |
|   Plaintiffs, ) | |
|   ) | |
| v.   ) | CIVIL ACTION NO.: 1:08-cv-00188 |
|   ) | |
| GAYLE S. BULLARD, et al., ) | |
|   ) | |
|   Defendants. ) | |

**PLAINTIFFS' CONFLICT DISCLOSURE STATEMENT**

COME NOW AXA Distributors, LLC ("AXA Distributors") and AXA Advisors, LLC ("AXA Advisors"), Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities and their relationship to the party are hereby reported on behalf of AXA Distributors and AXA Advisors:

AXA Distributors and AXA Advisors are affiliates of AXA Equitable Life Insurance Company ("AXA Equitable"). AllianceBernstein Holding L.P. is a publicly traded, indirect affiliate of AXA Equitable. AXA Equitable is an indirect wholly owned subsidiary of AXA Financial, Inc. AXA Financial, Inc. does not have publicly traded equity securities, but does have publicly traded debt securities. AXA Financial, Inc. is an indirect wholly owned subsidiary of AXA, a société anonyme organized under the laws of the Republic of France. The principal trading market for AXA's ordinary shares is the Premier March of Euronext Paris S.A. AXA's

American Depositary Shares and American Depositary Receipts are listed on the New York Stock Exchange.

        Respectfully Submitted,

        /s/ Andrea M. Greene
        A. Inge Selden III (SEL003)
        John N. Bolus (BOL022)
        Andrea Morgan Greene (GRE102)

        Attorneys for Plaintiffs
        AXA Distributors, LLC and AXA Advisors, LLC

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

**CERTIFICATE OF SERVICE**

  I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Andrew P. Campbell
 Caroline Smith Gidiere
 Campbell, Gidiere, Lee, Sinclair & Williams, PC
 2100-A SouthBridge Parkway, Suite 450
 Birmingham, Alabama 35209


on this the 3rd day of April, 2008.


              /s/ Andrea M. Greene
              OF COUNSEL