**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:  AXA Distributors, LLC et al v. Bullard et al**

**Case Number:     1:08-cv-00188-WKW**

**Referenced Pleading:    Joint Motion to Stay  - Doc. 2**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AXA DISTRIBUTORS, <br> LLC and AXA ADVISORS, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> GAYLE S. BULLARD, PEGGY J. COLE, <br> BEVERLY L. DAVIS, JESSE D. DEAN, HANS D. <br> ERBSKORN, CHARLENE B. ERBSKORN, <br> RABON W. HARRISON, RUTH K. HARRISON, <br> KENNETH W. JOYNER, SARAH A. MARTIN, <br> SARAH MCCORD, NINA SUE NEW, MARY <br> HARRIETT PATTON, FREDDY QUATTLEBAUM, <br> ANITA CAROL SHIRAH, WILLA C. STOREY, <br> JEANETTE S. SUTHERLAND, MARY E. TODD, <br> BETTY M. VANN, HELEN S. HALL WALWORTH, <br> DEBRA REBECCA WHITE, PHEOBIE D. WILSON, <br> CHARLES H. WOODHAM, JERRY MIMS, FLOYD <br> STARLING, VIRGINIA STARLING, F. TERRY <br> WALDEN, REUBEN S. SHELLEY, JUNE K. SHELLEY, <br> SHIRLEY J. WALKER, DONALD W. HENDLEY, <br> EDWARD L. HINSON, JEANETTE C. HINSON, <br> JACK R. PERRY, HAZEL J. ODOM, CAROLYN H. <br> SAUNDERS, ROY W. SAUNDERS, JAMES H. <br> HAUSMAN, JAMES R. LITTLE, LINDA D. LITTLE, <br> EARL T. SENN, EDNA SENN, DANNY L. SNELL, <br> JACQUELINE P. DRAUGHON, and GAYLE O. <br> HUDSON, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO.: <br> 1:08-cv-00188 |

## JOINT MOTION FOR STAY

Come now AXA Distributors, LLC ("AXA Distributors") and AXA Advisors, LLC

("AXA Advisors," and collectively, Plaintiffs) and Gayle S. Bullard, Peggy J. Cole, Beverly L.

Davis, Jesse D. Dean, Hans D. Erbskorn, Charlene B. Erbskorn, Rabon W. Harrison, Ruth K.

Harrison, Kenneth W. Joyner, Sarah A. Martin, Sarah McCord, Nina Sue New, Mary Harriett

Patton, Freddy Quattlebaum, Anita Carol Shirah, Willa C. Storey, Jeanette S. Sutherland, Mary

E. Todd, Betty M. Vann, Helen S. Hall Walworth, Debra Rebecca White, Pheobie D. Wilson,

Charles H. Woodham, Jerry Mims, Floyd Starling, Virginia Starling, F. Terry Walden, Reuben

S. Shelley, June K. Shelley, Shirley J. Walker, Donald W. Hendley, Edward L. Hinson, Jeanette

C. Hinson, Jack R. Perry, Hazel J. Odom, Carolyn H. Saunders, Roy W. Saunders, James H.

Hausman, James R. Little, Linda D. Little, Earl T. Senn, Edna Senn, Danny L. Snell, Jacqueline

P. Draughon and Gayle O. Hudson (collectively, "Defendants") and jointly move this Court to

enter an order staying all further proceedings in this action, including but not limited to the

deadline for Defendants to respond to Plaintiffs' Complaint and all Rule 26 requirements,

through June 30, 2008 in accordance with the mutual agreement between the Plaintiffs and the

Defendants.   Attached as Exhibit A is a joint proposed Order for Stay.   In support of their

motion, the parties state as follows:

     1.     Counsel for Plaintiffs and counsel for Defendants have conferred and agree that it

would be beneficial to all the parties involved to stay proceedings in this action through June 30,

2008.

     2.     Counsel for both parties seek this Court's approval of their agreement to a stay of

the proceedings as a stay may save costs, time and judicial resources in that the parties may be

able to resolve the issues before this Court.

WHEREFORE, Plaintiffs and Defendants, by and through their counsel, respectfully

move this Court to enter an order staying all further proceedings in this action, including but not

limited to the deadline for Defendants to respond to Plaintiff's Complaint and all Rule 26

requirements, until June 30, 2008.

Respectfully submitted,

A. Inge Selden III (SEL003)
John N. Bolus (BOL022)
Andrea Morgan Greene (GRE102)

Attorneys for Plaintiffs
AXA Distributors, LLC and AXA Advisors, LLC


OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000


Andrew P. Campbell
Caroline Smith Gidiere

Attorneys for Defendants


OF COUNSEL:

CAMPBELL, GIDIERE, LEE, SINCLAIR & WILLIAMS, PC
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AXA DISTRIBUTORS,<br>LLC and AXA ADVISORS, LLC.,<br><br>Plaintiffs,<br><br>v.<br><br>GAYLE S. BULLARD, PEGGY J. COLE,<br>BEVERLY L. DAVIS, JESSE D. DEAN, HANS D.<br>ERBSKORN, CHARLENE B. ERBSKORN,<br>RABON W. HARRISON, RUTH K. HARRISON,<br>KENNETH W. JOYNER, SARAH A. MARTIN,<br>SARAH MCCORD, NINA SUE NEW, MARY<br>HARRIETT PATTON, FREDDY QUATTLEBAUM,<br>ANITA CAROL SHIRAH, WILLA C. STOREY,<br>JEANETTE S. SUTHERLAND, MARY E. TODD,<br>BETTY M. VANN, HELEN S. HALL WALWORTH,<br>DEBRA REBECCA WHITE, PHEOBIE D. WILSON,<br>CHARLES H. WOODHAM, JERRY MIMS, FLOYD<br>STARLING, VIRGINIA STARLING, F. TERRY<br>WALDEN, REUBEN S. SHELLEY, JUNE K. SHELLEY,<br>SHIRLEY J. WALKER, DONALD W. HENDLEY,<br>EDWARD L. HINSON, JEANETTE C. HINSON,<br>JACK R. PERRY, HAZEL J. ODOM, CAROLYN H.<br>SAUNDERS, ROY W. SAUNDERS, JAMES H.<br>HAUSMAN, JAMES R. LITTLE, LINDA D. LITTLE,<br>EARL T. SENN, EDNA SENN, DANNY L. SNELL,<br>JACQUELINE P. DRAUGHON, and GAYLE O.<br>HUDSON,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.:<br>)     1:08-cv-00188<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING JOINT MOTION FOR STAY

The Court having read and considered the parties' Joint Motion for Stay finds that the

Joint Motion for Stay filed by Plaintiffs and Defendants is well taken and due to be GRANTED.

ACCORDINGLY, IT IS THEREFORE ORDERED as follows:

All further proceedings in this action are hereby stayed until June 30, 2008, including but

not limited to the deadline for Defendants to respond to Plaintiffs' Complaint and all Rule 26

requirements, in accordance with the mutual agreement between the Plaintiffs and the

Defendants.


ISSUED on this the _____ day of March, 2008.


_____
United States District Judge