IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AXA DISTRIBUTORS, LLC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-0188-WKW |
| ) | |
| GAYLE S. BULLARD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the parties' Joint Motion to Stay (Doc. # 2), it is hereby ORDERED that the motion is GRANTED. All further proceedings in this action are hereby STAYED **until June 30, 2008**, including but not limited to the deadline for the defendants to respond to the plaintiffs' Complaint and all Rule 26 requirements.

DONE this the 7th day of April, 2008.

                                                    /s/   W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE