IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AXA DISTRIBUTORS, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-0188-WKW |
| | ) | |
| GAYLE S. BULLARD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

On April 7, 2008, in order to facilitate mediation, the court ordered this matter stayed based on a joint motion from the parties. The defendants now indicate that mediation has been cancelled "due to the lack of likelihood of success." Therefore, upon consideration of the defendants' Motion to Lift Stay (Doc. # 8), it is ORDERED that the motion is GRANTED and the stay is LIFTED.

DONE this 23rd day of June, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE