IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AXA DISTRIBUTORS, LLC and AXA ADVISORS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GAYLE S. BULLARD et al., <br><br> Defendants. | CIVIL ACTION NO.: <br> 1:08-cv-00188 |

### DEFENDANTS' CONFLICT DISCLOSURE STATEMENT

COMES NOW, Gayle S. Bullard, Peggy J. Cole, Beverly L. Davis, Jesse D. Dean, Jacqueline P. Draughon, Charlene B. Erbskon, Hans D. Erbskorn, Rabon W. Harrison, Ruth K. Harrison, James H. Hausman, Donald W. Hendley, Edward L. Hinson, Jeanette C. Hinson, Ann S. Holman, Gayle O. Hudson, Kenneth W. Joyner, James R. Little, Linda D. Little, Sarah A. Martin, Sarah McCord, Jerry Mims, Nina Sue New, Hazel J. Odom, Mary H. Patton, Jack R. Perry, Freddy Quattlebaum, Carolyn H. Saunders, Roy Saunders, Earl T. Senn, Edna A. Senn, Reuben S. Shelley, June K. Shelley, Anita Carol Shirah, Danny L. Snell, Floyd Starling, Virginia Starling, Willa C. Storey, Jeanette S. Sutherland, Mary E. Todd, Betty M. Vann, F. Terry Walden, Shirley J. Walker, Debra R. White, Pheobie D. Wilson, and Charles Woodham. Defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☐    This party is a governmental entity, or

☒    There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported:

| | |
|---|---|
| 06/30/08 | /s/ Caroline Smith Gidiere |
| Date | Counsel for Defendants: Gayle S. Bullard, Peggy J. Cole Beverly L. Davis, Jesse D. Dean, Jacqueline P. Draughon, Charlene B. Erbskon, Hans D. Erbskorn, Rabon W. Harrison, Ruth K. Harrison, James H. Hausman, Donald W. Hendley, Edward L. Hinson, Jeanette C. Hinson, Ann S. Holman, Gayle O. Hudson, Kenneth W. Joyner, James R. Little, Linda D. Little, Sarah A. Martin, Sarah McCord, Jerry Mims, Nina Sue New, Hazel J. Odom, Mary H. Patton, Jack R. Perry, Freddy Quattlebaum, Carolyn H. Saunders, Roy Saunders, Earl T. Senn, Edna A. Senn, Reuben S. Shelley, June K. Shelley, Anita Carol Shirah, Danny L. Snell, Floyd Starling, Virginia Starling, Willa C. Storey, Jeanette S. Sutherland, Mary E. Todd, Betty M. Vann, F. Terry Walden, Shirley J. Walker, Debra R. White, Pheobie D. Wilson, and Charles H. Woodham. |

**OF COUNSEL:**
Andy P. Campbell
Caroline Smith Gidiere
Campbell, Gidiere, Lee, Sinclair
   and Williams
2100A SouthBridge Pkwy, Ste. 450
Birmingham, AL  35209
Phone:   (205) 803-0051
Fax:       (205) 803-0053
acampbell@cwp-law.com
cgidiere@cwp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrea Morgan Greene, Esq.
Armistead Inge Selden, III, Esq.
John Norman Bolus, Esq.
MAYNARD, COOPER, & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL  35203


/s/ Caroline Smith Gidiere
Of Counsel