IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AXA DISTRIBUTORS, LLC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-0188-WKW |
| ) | |
| GAYLE S. BULLARD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

Upon consideration of plaintiffs' Motion for Preliminary Injunction (Doc. # 12) filed on June 27, 2008, it is ORDERED that the motion be submitted with oral argument on **August 13, 2008**.

It is further ORDERED that the defendants file a response which shall include a brief **on or before July 23, 2008**. The plaintiffs may file a reply brief **on or before July 30, 2008**.

As for the defendants' motion to dismiss (Doc. # 9), although the briefing schedule will remain unchanged, the submission date for the motion to dismiss is EXTENDED to **August 13, 2008**, in order to coincide with the preliminary injunction submission schedule. Oral argument on the two motions shall be held at **10:00 a.m. on August 13, 2008**, in Courtroom 2-E, Frank Johnson Federal Courthouse, Montgomery, Alabama.

### **GENERAL BRIEFING REQUIREMENTS**

Briefs in support of or in opposition to any motion generally should not exceed 25 pages. In all cases in which briefs exceed 25 pages, counsel must include a table of contents

indicating the main sections of the brief, the principal arguments and citations to authority made in each section, and the pages on which each section and any sub-sections may be found.

The parties are required to submit or mail a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed 25 pages, the paper courtesy copy shall be bound in a three-ring binder and tabbed.

Any discussion of evidence in a brief must include the specific reference, by name or document number and by page and line, to where the evidence can be found in the supporting evidentiary submission or in any document filed with the court.

Failure to comply strictly with this Order for all future filings may result in the striking of the filing or other appropriate sanctions.

DONE this 3rd day of July, 2008.

                    /s/  W.  Keith Watkins  
                    UNITED STATES DISTRICT JUDGE