IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AXA DISTRIBUTORS, LLC and AXA ADVISORS, LLC, | ) ) ) |
| Plaintiffs, | ) ) ) Case No. 1:08cv188 |
| v. | ) ) |
| GAYLE S. BULLARD et al., | ) ) |
| Defendants. | ) ) ) |

## MOTION TO RESCHEDULE HEARINGS ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

COMES NOW, Defendants in the above-styled case, and respectfully requests the Court to reschedule the hearing on Defendants' Motion to Dismiss and Plaintiffs' Motion for Preliminary Injunction (hereinafter collectively referred to as the "motions"), currently scheduled for 10:00 a.m. on August 13, 2008. Counsel's daughter's wedding is taking place in North Carolina on August 16, 2008. Counsel had planned to be in North Carolina to participate in wedding festivities during the weeks of August 11 and 18. Briefing on the motions is scheduled to be completed on or before July 30, 2008. Defendants, therefore, respectfully request that the

hearing on the motions be rescheduled at any time prior to the week of August 11 or any time after August 22. Plaintiffs oppose this motion.

                                            Respectfully Submitted,

                                            /s/ Caroline Smith Gidiere
                                            One of the Attorneys for Defendants

Andrew P. Campbell
Caroline Smith Gidiere
Campbell, Gidiere, Lee, Sinclair
   and Williams, PC
2100A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209
(205) 803-0051
Fax: (205) 803-0053
acampbell@cgl-law.com
cgidiere@cgl-law.com

M. Dale Marsh
Mash, Cotter & Stewart, LLP
P. O. Box 310910
Enterprise, Alabama 36331
334-347-2626
Fax: 334-393-1396
mdm@enterpriselawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrea Morgan Greene, Esq.
Armistead Inge Selden, III, Esq.
John Norman Bolus, Esq.
**MAYNARD, COOPER, & GALE, P.C.**
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL  35203

/s/ Caroline Smith Gidiere
Of Counsel