IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AXA DISTRIBUTORS, LLC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-0188-WKW |
| ) | |
| GAYLE S. BULLARD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the defendants' Motion to Reschedule Hearings (Doc. # 17), it is ORDERED that the plaintiffs show cause why it should not be granted **on or before July 18, 2008**.

DONE this 11th day of July, 2008.

                                              /s/  W.  Keith Watkins
                                       UNITED STATES DISTRICT JUDGE