IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AXA DISTRIBUTORS, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-0188-WKW |
| | ) | |
| GAYLE S. BULLARD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the defendants' Motion to Reschedule Hearings (Doc. # 17), it is ORDERED that the motion is GRANTED and that the hearing is rescheduled from August 13, 2008, to **August 1, 2008 at 2:00 p.m.** Accordingly, the submission dates for the motion for preliminary injunction and the motion to dismiss are also reset to August 1, 2008.

DONE this 23rd day of July, 2008.

                                          /s/  W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE