IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AXA DISTRIBUTORS, LLC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-0188-WKW |
| ) | |
| GAYLE S. BULLARD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

For purposes of diversity jurisdiction, "a limited liability company is a citizen of any state of which a member of the company is a citizen." *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004). Although the complaint states that this is an action between citizens of different states, (Compl. ¶ 10), no information is provided as to the citizenship of each member of the two plaintiff limited liability companies. Thus, the court is unable to determine if it has jurisdiction over this matter. Therefore, it is ORDERED that the plaintiffs shall show cause in writing how diversity jurisdiction exists in this matter and shall list the citizenship of all the members of the two plaintiff limited liability companies **on or before July 30, 2008**.

DONE this 28th day of July, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE