IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AXA DISTRIBUTORS, LLC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-0188-WKW |
| ) | |
| GAYLE S. BULLARD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

As directed at the hearing on August 1, 2008, it is ORDERED that any supplemental evidence[1] relevant to the legal question of whether there is a valid arbitration agreement shall be filed **on or before August 8, 2008**. The parties may submit additional briefing, if desired, by the same date.

DONE this 4th day of August, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] As discussed at the hearing, the parties are instructed to clarify the transactional details surrounding the purchase of securities by the defendants (including to whom the checks were written).